**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                    4:10-CR-00233-01-BRW

**MARVIN GAY YOUNG,** *et al.*

**ORDER**

Pending is Defendant's Motion to Dismiss for Violation of the Speedy Trial Act (Doc. No. 56). Defendant contends that:

> [a]lthough he has been in the custody of the United States Marshals Service since at least May 21, 2010, he was not brought before this Court for arraignment until June 28, 2012, just over 25 months. As he was in federal custody since the Indictment was issued, no part of this delay is attributable to [him]. Accordingly, the government has failed to comply with the requirements of 18 U.S.C. § 3161, requiring dismissal.[1]

As Defendant points out, he was arraigned in this Court on June 28, 2012. Under 18 U.S.C. § 3161, Speedy Trial begins to run on the date when an indictment was filed, or from date on which the defendant appeared before a judicial officer in the court where the charge is pending, whichever date occurs last.[2] Because Defendant was arraigned on June 28, 2012, and because any delay in commencing the trial of this case is excludable under the Speedy Trial Act,[3]

---

[1] Doc. No. 56.

[2] 18 U.S.C. § 3161 reads, in relevant part:

(c)(1) In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

[3] Doc. No. 52. Any delay caused the granting of co-Defendant Gregory Wilson's motion to continue is excludable under 18 U.S.C. § 3161(h)(1)(6).

1

2

there has been no violation of the Speedy Trial Act.  Accordingly, Defendant's Motion is DENIED.

IT IS SO ORDERED this 30th day of August, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE